| | |
|---|---|
| 1 | LAW OFFICES OF S. CHANDLER VISHER |
|   | S. Chandler Visher (State Bar No. 52957) |
| 2 | 44 Montgomery Street, Suite 3830 |
|   | San Francisco, California 94104 |
| 3 | Telephone: (415) 901-0500 |
|   | Facsimile: (415) 901-0504 |
| 4 | |
|   | DENNIS J. HERRERA, State Bar #139669 |
| 5 | City Attorney |
|   | MIGUEL MARQUEZ, State Bar #184621 |
| 6 | Deputy City Attorney |
|   | 1 Dr. Carlton B. Goodlett Place Room 234 |
| 7 | San Francisco, California 94102 |
|   | Telephone: (415) 554-4694 |
| 8 | Facsimile: (415) 554-4747 |
|   | E-Mail: miguel.marquez@sfgov.org |
| 9 | |
|   | Attorneys for Defendant |
| 10 | SAN FRANCISCO UNIFIED SCHOOL DISTRICT |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NADINE DUFFIN, parent of TYRE DUFFIN, a disabled child as defined by the Individuals with Disabilities Education Act, and CHILDREN'S LAW OFFICE by Carole Brill, attorney for Nadine and Tyre Duffin in a Due Process Proceeding as delineated by the Individuals with Disabilities Education Act, | USCD No. C 04 4528 JCS |
| | JOINT STIPULATION AND [~~PROPOSED~~] ORDER |
| | Date Filed: June 17, 2005 |
| Plaintiffs, | |
| vs. | |
| SAN FRANCISCO UNIFIED SCHOOL DISTRICT, | |
| Defendant. | |

The parties to this action jointly submit this Joint Stipulation and Proposed Order to request that the Court continue the Case Management Conference that is currently set for June 17, 2005 at 1:30 p.m.

On June 6, 2005, the parties participated in court-ordered mediation at which time the parties tentatively agreed to settle this matter. The tentative settlement was presented to the San

1

DUFFIN, ET AL. V. SFUSD. CASE NO. C 04 4528 JCS

Francisco Board of Education at its regular meeting held on June 14, 2005, at which time the tentative settlement was approved. The parties are currently negotiating a Settlement and Release Agreement and arranging for payment of the settlement proceeds. The parties anticipate that this matter will be finally resolved by early August; therefore, the parties jointly stipulate to continue the Case Management Conference to August 19, 2005 at 1:30 p.m., with the assumption that this matter will be fully resolved and dismissed with prejudice prior to that date and time.

Dated: June 18, 2005

DENNIS HERRERA, CITY ATTORNEY

By: /s/ Miguel Marquez
Miguel Marquez, Deputy
Attorneys for Defendant

Dated: June 16, 2005

LAW OFFICES OF
S. CHANDLER VISHER

By: /s/ S. Chandler Visher
S. Chandler Visher
Attorneys for Plaintiffs

* * * * * * * * *

GOOD CAUSE APPEARING, the Court hereby grants the parties' joint request to continue the Case Management Conference from June 17, 2005 at 1:30 p.m. to August 19, 2005 at 1:30 p.m.

IT IS SO ORDERED.

Dated: June 17, 2005

/s/ Joseph C. Spero
Magistrate Judge James C. Spero

United States District Court for the
Northern District of California

2

DUFFIN, ET AL. V. SFUSD, CASE NO. C 04 4528 JCS