LAW OFFICES OF S. CHANDLER VISHER
S. Chandler Visher (State Bar No. 52957)
44 Montgomery Street, Suite 3830
San Francisco, California 94104
Telephone: (415) 901-0500
Facsimile: (415) 901-0504

Attorneys for Plaintiffs
NADINE DUFFIN AND
CHILDREN'S LAW OFFICE

DENNIS J. HERRERA, State Bar #139669
City Attorney
MIGUEL MARQUEZ, State Bar #184621
Deputy City Attorney
1 Dr. Carlton B. Goodlett Place Room 234
San Francisco, California 94102
Telephone: (415) 554-4694
Facsimile: (415) 554-4747
E-Mail: miguel.marquez@sfgov.org

Attorneys for Defendant
SAN FRANCISCO UNIFIED SCHOOL DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NADINE DUFFIN, parent of TYRE DUFFIN, a disabled child as defined by the Individuals with Disabilities Education Act, and CHILDREN'S LAW OFFICE by Carole Brill, attorney for Nadine and Tyre Duffin in a Due Process Proceeding as delineated by the Individuals with Disabilities Education Act,<br><br>Plaintiffs,<br><br>vs.<br><br>SAN FRANCISCO UNIFIED SCHOOL DISTRICT,<br><br>Defendant. | USCD No. C 04 4528 JCS<br><br>**STIPULATION OF DISMISSAL AND [~~PROPOSED~~] ORDER** |

1
DUFFIN, ET AL. V. SFUSD, CASE NO. C 04 4528 JCS

The parties to this action, through their attorneys authorized to so stipulate, hereby stipulate pursuant to Federal Rules of Civil Procedure 41(a) that this action shall be dismissed.

Dated: August 5, 2005        DENNIS HERRERA, CITY ATTORNEY

By: /s/ Miguel Marquez
Miguel Marquez, Deputy

Attorneys for Defendant

Dated: Aug 4, 2005        LAW OFFICES OF S. CHANDLER VISHER

By: /s/ S. Chandler Visher
S. Chandler Visher

Attorneys for Plaintiffs

* * * * * * * * *

GOOD CAUSE APPEARING, the Court hereby grants the parties' joint stipulation to dismiss this action pursuant to Federal Rules of Civil Procedure 41(a).

IT IS SO ORDERED.

Dated: August 9, 2005

Magistrate Judge James C. Spero
Joseph
United States District Court for the
Northern District of California

2
DUFFIN, ET AL. V. SFUSD, CASE NO. C 04 4528 JCS